# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# WESTERN DIVISION

| | |
|---|---|
| RUSSELL ALLGIER,<br><br>        Plaintiff/Counter-Defendant,<br><br>vs.<br><br>OPEN MORTGAGE, LLC,<br><br>        Defendant/Counter-Claimant,<br><br>vs.<br><br>HOMESTAR FINANCIAL CORP., JAMEE ALLGIER and DAVID FRITZ,<br><br>        Counter-Defendants. | CIV. 21-5026-JLV<br><br>JUDGMENT OF DISMISSAL |

Pursuant to the parties' joint stipulation of dismissal (Docket 62), it is

ORDERED, ADJUDGED AND DECREED that this action is dismissed with prejudice and with each party bearing their own costs.

IT IS FURTHER ORDERED that this court retains jurisdiction over the settlement agreement should issues arise relating to the carrying out or fulfillment of the settlement agreement.

Dated September 13, 2021.

                        BY THE COURT:

                        /s/ *Jeffrey L. Viken*
                        JEFFREY L. VIKEN
                        UNITED STATES DISTRICT JUDGE